# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN RE:  PETITION OF THE BOROUGH OF DOWNINGTOWN | :  No. 358 MAL 2015 |
| | : |
| | :  Petition for Allowance of Appeal from the |
| | :  Order of the Commonwealth Court |
| PETITION OF:  FRIENDS OF KARDON PARK AND ANN FELDMAN | : |
| | : |
| | : |
| | : |
| | : |
| IN RE:  PETITION OF THE BOROUGH OF DOWNINGTOWN | :  No. 359 MAL 2015 |
| | : |
| | :  Petition for Allowance of Appeal from the |
| | :  Order of the Commonwealth Court |
| PETITION OF:  FRIENDS OF KARDON PARK AND ANN FELDMAN | : |
| | : |
| | : |
| IN RE:  PETITION OF THE BOROUGH OF DOWNINGTOWN | :  No. 360 MAL 2015 |
| | : |
| | :  Petition for Allowance of Appeal from the |
| | :  Order of the Commonwealth Court |
| | : |
| PETITION OF:  FRIENDS OF KARDON PARK AND ANN FELDMAN | : |
| | : |
| | : |
| IN RE:  PETITION OF THE BOROUGH OF DOWNINGTOWN | :  No. 361 MAL 2015 |
| | : |
| | :  Petition for Allowance of Appeal from the |
| | :  Order of the Commonwealth Court |
| PETITION OF:  FRIENDS OF KARDON PARK AND ANN FELDMAN | : |
| IN RE:  PETITION OF THE BOROUGH OF DOWNINGTOWN | :  No. 410 MAL 2015 |
| | : |
| | : |
| | : |
| PETITION OF: BOROUGH OF DOWNINGTOWN, COUNCIL OF THE BOROUGH OF DOWNINGTOWN, PROGRESSIVE HOUSING VENTURES, | :  Petition for Allowance of Appeal from the :  Order of the Commonwealth Court : |

LLC AND J. LOEW & ASSOCIATES, INC. :
  :
IN RE:  PETITION OF THE BOROUGH : No. 411 MAL 2015
OF DOWNINGTOWN :
  :
  :
  :
PETITION OF: BOROUGH OF : Petition for Allowance of Appeal from the
DOWNINGTOWN, COUNCIL OF THE : Order of the Commonwealth Court
BOROUGH OF DOWNINGTOWN, :
PROGRESSIVE HOUSING VENTURES, :
LLC AND J. LOEW & ASSOCIATES, INC. :
  :
IN RE:  PETITION OF THE BOROUGH : No. 412 MAL 2015
OF DOWNINGTOWN :
  :
  :
  :
PETITION OF: BOROUGH OF : Petition for Allowance of Appeal from the
DOWNINGTOWN, COUNCIL OF THE : Order of the Commonwealth Court
BOROUGH OF DOWNINGTOWN, :
PROGRESSIVE HOUSING VENTURES, :
LLC AND J. LOEW & ASSOCIATES, INC. :
  :
IN RE:  PETITION OF THE BOROUGH : No. 413 MAL 2015
OF DOWNINGTOWN :
  :
  :
  :
PETITION OF: BOROUGH OF : Petition for Allowance of Appeal from the
DOWNINGTOWN, COUNCIL OF THE : Order of the Commonwealth Court
BOROUGH OF DOWNINGTOWN, :
PROGRESSIVE HOUSING VENTURES, :
LLC AND J. LOEW & ASSOCIATES, INC. :
  :
  :
  :
  :
  :
IN RE:  PETITION OF THE BOROUGH : No. 424 MAL 2015
OF DOWNINGTOWN :
  :
  : Petition for Allowance of Appeal from the
  : Order of the Commonwealth Court
PETITION OF:  KIM MANUFACTURING :
COMPANY AND STEWART HALL, L.P. :
  :
  :
  :

|                                        |   |                                      |
|----------------------------------------|---|--------------------------------------|
| IN RE:  PETITION OF THE BOROUGH OF DOWNINGTOWN | : | No. 425 MAL 2015 |
|                                        | : |                                      |
|                                        | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF:  KIM MANUFACTURING COMPANY AND STEWART HALL, L.P. | : |  |
|                                        | : |                                      |
| IN RE:  PETITION OF THE BOROUGH OF DOWNINGTOWN | : | No. 426 MAL 2015 |
|                                        | : |                                      |
|                                        | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF:  KIM MANUFACTURING COMPANY AND STEWART HALL, L.P. | : |  |
|                                        | : |                                      |
| IN RE:  PETITION OF THE BOROUGH OF DOWNINGTOWN | : | No. 427 MAL 2015 |
|                                        | : |                                      |
|                                        | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF:  KIM MANUFACTURING COMPANY AND STEWART HALL, L.P. | : |  |


## ORDER


**PER CURIAM**

    **AND NOW**, this 17th day of February, 2016, the Petitions for Allowance of Appeal at 410-413 MAL 2015 are **GRANTED** as to the following issues, as framed by Petitioners:

    a.    Where a municipality has satisfied the requirement to dispose of condemned property under Section 310(a) of the Eminent Domain Code by abandoning the purpose for which the property was condemned, does the Donated or Dedicated Property Act, Act of Dec. 15, 1959, P.L. 1772, 53 P.S. §§ 3381, *et seq.* (the "DDPA") nonetheless require judicial approval before a municipality may dispose of that property?

b. Where a municipality intends to abandon property acquired by condemnation and where that intent is coupled with external acts to achieve such abandonment, has the purpose of the property been "abandon[ed]" for purposes of Section 310(a) of the Eminent Domain Code?

Furthermore, the Petitions for Allowance of Appeal at 358-361 MAL 2015 and 424-427 MAL 2015 are **GRANTED, LIMITED TO** the following issues:

a. Does the removal of Project 70 Act deed restrictions also remove all public trust interests in dedicated parkland, such that judicial review of the sale of such parkland would no longer be required under the Donated or Dedicated Property Act, 53 P.S. §§ 3381-3386?

b. May municipalities convey private development easements over public parkland without first obtaining Orphans' Court approval under the DDPA?

The Prothonotary is directed to consolidate these matters for argument.

Mr. Justice Eakin did not participate in the decision of this matter.